UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN O'KEEFE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA MOTORS, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01104-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE AND FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |
|---|---|

Plaintiff failed to appear at today's Case Management Conference. From the docket, it appears that he has not served the defendants in violation of Federal Rule of Civil Procedure 4(m). On or before June 12, 2018, plaintiff is ordered to show cause why this case should not be dismissed by filing proof that he has served defendants and by filing a declaration under oath explaining why he missed today's hearing.

**IT IS SO ORDERED.**

Dated: May 30, 2018



William H. Orrick
United States District Judge