Kevin O'Keefe
611 Argonaut
Mariposa, CA 95336

Office of the Clerk
U.S District Court
for the Northern Dist of California
450 Golden Gate Ave
San Francisco CA 94102
94102-3016
18-cv-01104 WHO
Answer to Show Cause

SACRAMENTO CA 957
08 JUN 2018 PM 5 L

FOREVER USA

