UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, et al.,<br><br>    Defendants. | Case No. 3:18-cv-01104-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE**<br><br>Re: Dkt. No. 12 |

Plaintiff Kevin O'Keefe initiated this action on February 21, 2018. Dkt. No. 1. On May 30, 2018, I issued an order to show cause requiring him to explain his absence from a Case Management Conference and to show proof that he had served the defendants. Dkt. No. 12. O'Keefe timely responded, but he failed to show proof of service. Dkt. No. 13. Although this case has been pending for nearly a year, it appears that O'Keefe still has not served defendants in violation of Federal Rule of Civil Procedure 4(m). O'Keefe is ordered to show cause why this case should not be dismissed no later than February 21, 2019.

**IT IS SO ORDERED.**

Dated: January 25, 2019

William H. Orrick
United States District Judge