UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN O'KEEFE,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, et al.,<br><br>        Defendants. | Case No. 3:18-cv-01104-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SERVE**<br><br>Re: Dkt. No. 14 |

On January 25, 2019 I issued an order to show cause why this case should not be dismissed for failure to serve defendants in violation of Federal Rule of Civil Procedure 4(m). Dkt. No. 14. I required plaintiff Kevin O'Keefe to respond no later than February 21, 2019. The mail sent to O'Keefe was returned as undeliverable. Dkt. No. 15. This case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 22, 2019



William H. Orrick
United States District Judge